IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CR-106-D

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| NIQUE KEON WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

The United States shall file a response to defendant's motion to amend the judgment [D.E. 57]. The response is due not later than April 24, 2015.

SO ORDERED. This 30 day of March 2015.

JAMES C. DEVER III
Chief United States District Judge