IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:12-CR-106-D

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| NIQUE KEON WILLIAMS, | ) |
| | ) |
| Defendant. | ) |

Nique Keon Williams ("Williams") seeks a sentence reduction through credit for jail time. See [D.E. 57]. The government opposes the motion. See [D.E. 62]. The court agrees with the government's argument. See id. 2–8. Thus, the court DENIES Williams's motion for a sentence reduction [D.E. 57].

SO ORDERED. This **14** day of March 2016.

                                                  JAMES C. DEVER III
                                                  Chief United States District Judge